IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Criminal Case No. 13-cr-00099-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIA TERESA LARA-MARES,

    Defendant.

---

**ORDER**

---

    PURSUANT to and in accordance with Order entered by the Judge R. Brooke Jackson, it is

    ORDERED that Defendant Maria Teresa Lara-Mares is sentenced to TIME SERVED.

    Dated at Denver, Colorado this 20th day of May, 2013.

BY THE COURT:

_____
Judge R. Brooke Jackson
United States District Judge